United States District Court
Southern District of Texas
**ENTERED**
July 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LACEY and CHASE HOPPER, INDIVIDUALLY and as PERSONAL REPRESENTATIVES OF THE ESTATE OF REVEL HOPPER,<br><br>Plaintiffs,<br>v.<br><br>HEROES TECHNOLOGY (US) LLC d/b/a SNUGGLE ME ORGANIC, AUGUST RIVER CO., LLC, HEROS TECHNOLOGY LTD., SIMPLY MOMMY, LLC, and PEAK 21 HOLDINGS, INC.,<br><br>Defendants, | §§§§§§§§§§§§§§§§ | CIVIL ACTION NO. H-24-2056 |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order dismissing this action without prejudice for failure to allege facts showing subject matter jurisdiction, this action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 9th day of July, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE